

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL ROSS HIRSH,

   Plaintiff,

vs.   CASE NO.: 6:01CV1519-ORL-28KRS

JULIE A. BLOOM,

   Defendant,

_____/

### JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiff, MICHAEL HIRSH, and Defendant, JULIE ANN BLOOM, by and through their undersigned counsel, and, pursuant to Rule 3.08 of the Local Rules, United States District Court, Middle District of Florida, hereby notice the Court that the above-mentioned case has been settled between the parties.

DATED this _____5th_____ day of June, 2003.

Respectfully Submitted,

_____      _____
LOURDES BERNAL                        CHRISTOPHER F. SAPP
KUBICKI DRAPER                        1323 Wilderness Lane
201 North Franklin Street, Suite 2550 Titusville, FL  32796
Tampa, FL 33602                       (321) 268-8758
Telephone 813.204.9776                Attorney for Plaintiff
Facsimile 813.204.9660
Attorneys for Defendant

27